IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CHRISTOPHER THOMPSON, | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cv-318 |
| v. | |
| JP LC COLLINS, LLC, doing business as Savannah Coffee Roaster, | |
| Defendant. | |

**O R D E R**

On June 28, 2022, Plaintiff, who is proceeding *pro se*, filed a document stating that he "hereby voluntarily dismisses matters pursuant to Federal Rule of Civil Procedure 41(a)(i) [sic] without prejudice. To all claims brought against Defendants [sic]." (Doc. 20.) Because Defendant has filed an Answer, (doc. 16), Federal Rule of Civil Procedure 41(a)(2) applies and the action "may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Plaintiff's filing does not propose or request any specific terms, other than that the dismissal be without prejudice. Defendant has not voiced any opposition to the dismissal without prejudice of the case, nor has it requested any terms for the dismissal. Accordingly, the Court **DENIES as moot** Defendant's pending Motion for Informal Status Conference and to Stay the

Case, (doc. 19), **GRANTS** Plaintiff's Motion, (doc. 20), and **DISMISSES** the action **WITHOUT PREJUDICE**.  The Court **DIRECTS** the Clerk of Court to **CLOSE** the case.

    **SO ORDERED**, this 27th day of July, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA